# United States Bankruptcy Court
## District of Nevada

Case No. <u>13−52402−btb</u>
Chapter 7

In re: (Name of Debtor)
    MARGARET E. CHOLTCO
    731 W. PUEBLO STREET
    RENO, NV 89509

Social Security No.:
    xxx−xx−5729

### NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge as the debtor(s) noted below did not file Official Form 23, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management:

    ☑    MARGARET E. CHOLTCO

If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the Financial Management Course Certificate, the debtor(s) must pay the full filing fee due for filing such a motion.

IT IS ALSO ORDERED that C GEOFFREY WILSON is discharged as trustee of the estate of the above named debtor(s).

Dated: 8/12/14

BY THE COURT

Mary A. Schott
Clerk of the Bankruptcy Court